1

2

3

4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF CALIFORNIA

7

8    INGERMAN JAVIER P.S.,                    No.  1:26-cv-00128-KES-SKO (HC)

9
                        Petitioner,           ORDER GRANTING MOTION FOR
10                                             PRELIMINARY INJUNCTION
            v.
11                                             Doc. 5

12   TIMOTHY S. ROBBINS, Field Office
     Director of the Los Angeles Field Office of
     U.S. Immigration and Customs
13   Enforcement; TODD LYONS, Acting
     Director of United States Immigration and
14   Customs Enforcement; U.S.
     DEPARTMENT OF HOMELAND
15   SECURITY; KRISTI NOEM, Secretary of
     the United States Department of Homeland
16   Security; CHRISTOPHER CHESTNUT,
     Warden of California City Detention
17   Facility; and PAMELA BONDI, Attorney
     General of the United States,
18
                        Respondents.
19

20

21          Before the Court is petitioner Ingerman Javier P.S.'s motion for temporary restraining

22   order.[1]  Doc. 5.  The Court has addressed the legal issues raised by petitioner's motion for

23   temporary restraining order in prior cases.  *See, e.g.*, *Clene C.D. v. Robbins*, No. 1:25-CV-01463-

24   KES-SKO (HC), 2025 WL 3492118 (E.D. Cal. Dec. 4, 2025); *Carmen G.C. v. Robbins*, No. 1:25-

25   _____

26   [1] As recommended by the Committee on Court Administration and Case Management of the
     Judicial Conference of the United States, the Court omits petitioner's full name, using only his
     first name and last initial, to protect sensitive personal information.  *See* Memorandum re: Privacy
27   Concern Regarding Social Security and Immigration Opinions, Committee on Court
     Administration and Case Management, Judicial Conference of the United States (May 1, 2018),
28   https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

                                            1

1   CV-01648-KES-HBK (HC), 2025 WL 3521304 (E.D. Cal. Dec. 8, 2025); *Bilal A. v. Wofford*, No.

2   1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); *W.V.S.M. v.*

3   *Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025).

4          The Court ordered respondents to show cause as to whether there are any factual or legal

5   issues in this case that render it distinguishable from the Court's prior orders in *Clene C.D. v.*

6   *Robbins*, *Carmen G.C. v. Robbins*, *Bilal A. v. Wofford*, and *W.V.S.M. v. Wofford*, and that would

7   justify denying the motion.  Doc. 6.  The Court also ordered respondents to state their position on

8   whether the motion should be converted to a motion for preliminary injunction and whether they

9   request a hearing.  *Id.*  Respondents did not identify any factual or legal issues in this case that

10  distinguish it from the cases cited in the Court's minute order, and they also did not object to

11  converting the motion or request a hearing.  *See* Doc. 11.

12         As respondents have not identified any factual or legal issues in this case that render it

13  distinguishable from the Court's prior decisions in *Clene C.D. v. Robbins*, No. 1:25-CV-01463-

14  KES-SKO (HC), 2025 WL 3492118 (E.D. Cal. Dec. 4, 2025); *Carmen G.C. v. Robbins*, No. 1:25-

15  CV-01648-KES-HBK (HC), 2025 WL 3521304 (E.D. Cal. Dec. 8, 2025); *Bilal A. v. Wofford*, No.

16  1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); *W.V.S.M. v.*

17  *Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025),

18  and for the reasons stated in those prior orders, petitioner's motion for temporary restraining order

19  is converted to a motion for a preliminary injunction and is GRANTED.

20         Respondents are ORDERED to release petitioner immediately.  Respondents are

21  ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear

22  and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that

23  petitioner is a flight risk or danger to the community such that his physical custody is legally

24  justified.

25         The bond requirement of Federal Rule of Civil Procedure 65(c) is waived.  Courts

26  regularly waive security in cases like this one.  *See Diaz v. Brewer*, 656 F.3d 1008, 1015 (9th Cir.

27  2011); *Pinchi v. Noem*, No. 25-CV-05632-RMI (RFL), 2025 WL 1853763, at *4 (N.D. Cal. July

28  4, 2025).

1    This matter is referred to the assigned magistrate judge for further proceedings including

2    the preparation of findings and recommendations on the petition or other appropriate action.

3

4    IT IS SO ORDERED.

5    Dated:   January 9, 2026

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28