**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INGERMAN JAVIER PERTUZ SANJUAN,<br><br>            Petitioner,<br><br>    v.<br><br>TIMOTHY S. ROBBINS, Field Office Director of the Los Angeles Field Office of U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the United States Department of Homeland Security; CHRISTOPHER CHESTNUT, Warden of California City Detention Facility; and PAMELA BONDI, Attorney General of the United States,<br><br>            Respondents. | Case No. 1:26-cv-00128 KES SKO (HC)<br><br>A-Number: 241023138<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENT'S MOTION TO DISMISS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 2, 14, 16 |

Petitioner Ingerman Javier Pertuz Sanjuan is a former immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 8, 2026, Petitioner filed a motion for temporary restraining order. Doc. 1. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. The Court referred the

1

matter to the magistrate judge for further proceedings. Doc. 12. Respondents then moved to dismiss, renewing the arguments made in opposition to the motion for a TRO. Doc. 14 at 1-2.

On January 27, 2026, the magistrate judge issued findings and recommendations to deny Respondents' motion to dismiss and to grant the petition for writ of habeas corpus, "for the reasons addressed in the District Court's order granting a preliminary injunction," including that "Petitioner's re-detention without a pre-deprivation bond hearing violated the Due Process Clause of the Fifth Amendment." Doc. 16 at 2-3. Respondents filed timely objections, indicating they stand on arguments made in the prior briefs. Doc. 17.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court **ORDERS**:

1. The findings and recommendations issued on January 27, 2026 (Doc. 16) are **ADOPTED** in full.

2. Respondent's motion to dismiss (Doc. 14) is **DENIED**.

3. The petition for writ of habeas corpus (Doc. 2) is **GRANTED**.

4. If the government seeks to re-detain Petitioner Ingerman Javier Pertuz Sanjuan (A-Number 241023138) it **SHALL** provide no less than seven (7) days' notice to Petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

5. The Clerk of Court is directed to terminate pending motions and close the case.

IT IS SO ORDERED.

Dated:    April 27, 2026    _____

UNITED STATES DISTRICT JUDGE

2